UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FLOYD HOBBS, JR. and
CYNTHIA BEVINGTON                                                           PLAINTIFFS

v.                                              CIVIL ACTION NO. 3:09cv009-SA-DAS

LEGG MASON INVESTMENT
COUNSEL & TRUST CO., N.A.                                                   DEFENDANT

### AGREED ORDER GRANTING MOTION FOR STAY OF DISPOSITIVE MOTION DEADLINE PENDING RESOLUTION OF PLAINTIFFS' MOTION FOR CONTINUANCE

This cause came on to be heard upon the Motion of Defendant Legg Mason Investment Counsel & Trust Co., N.A. ("Legg Mason") for an order staying the dispositive motion deadline (#52) in this cause until such time as the Plaintiffs' Motion for Continuance is resolved. Plaintiffs do not object to this Motion for Stay. It appearing to the Court that the Motion is well-taken, it is granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the dispositive motion deadline of June 1, 2010, is hereby stayed pending the Court's ruling on Plaintiffs' Motion for Continuance and until further Order of this Court. Defendant shall notify the court within 24 hours of a ruling on the Motion for Continuance is resolved.

SO ORDERED, this the 26th day of May, 2010.

/s/David A. Sanders_____ _____
UNITED STATES MAGISTRATE JUDGE