**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**FLOYD HOBBS, JR.**
**and CYNTHIA BEVINGTON**                                                    **PLAINTIFFS**

**VS.**                                             **CIVIL ACTION NO. 3:09cv009-SA-DAS**

**LEGG MASON INVESTMENT COUNSEL & TRUST CO., N.A.**            **DEFENDANT**

## ORDER EXTENDING CMO DEADLINES

Having Come before this court *ore tenus* as a result of the trial of this matter being continued until February 7, 2010, the Court, being advised that the parties do not oppose the deadlines, finds that the CMO Deadlines should be extended.

**IT IS ORDERED** that the CMO deadlines shall be reset as follows:

(1)  Amendments to Pleadings deadline of July 9, 2010;

(2)  Plaintiffs Expert Designation deadline of July 30, 20010;

(3)  Defendants Expert Designation deadline of August 31, 2010;

(4)  Discovery shall be completed by September 22, 2010; and

(5)  Dispositive Motion deadline shall be October 5, 2010.

SO ORDERED, this the 24th  day of June, 2010

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE